# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT C LOWRY | § | Case No. 15-52500 |
| LYNNELL C LOWRY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2015 . The undersigned trustee was appointed on 10/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $       8,151.04

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5.54 |
| Bank service fees | 180.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 7,964.83 |

---

[1] The balance of funds on hand in filed estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/14/2016 and the deadline for filing governmental claims was 04/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,565.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,565.10 , for a total compensation of $ 1,565.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 717.33 , for total expenses of $ 717.33 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2018    By: /s/JOSE C. RODRIGUEZ
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-52500 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT C LOWRY | | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| | LYNNELL C LOWRY | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 09/11/2018 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10021 Johns Road, Boerne, TX 78006 44.34 acres  Valued at Ad Valorem Tax Appraisal Value  Lien with Capital Farm Credit for $596,307.23 Lien to be retained and reaffirmed | 470,030.00 | 0.00 | | 0.00 | FA |
| 2. 26143 Woodchuck, San Antonio, TX 78255  Valued at Ad Valorem Tax Appraisal Value  Lien with BBVA Compass for $360,899.24 Lien to be surrendered | 381,280.00 | 0.00 | OA | 0.00 | FA |
| 3. US Currency notes - wallet, purse, trailer, safe - $360  Foreign currency - safe - $25 Coins/currency - home/safe/change jar - $120 | 505.00 | 200.00 | | 1,165.80 | FA |
| 4. Texas Community Bank - Checking acct xxxxxx1777 | 119.00 | 0.00 | | 0.00 | FA |
| 5. Texas Community Bank - Checking acct xxxxxx1022 | 302.00 | 0.00 | | 0.00 | FA |
| 6. Texas Community Bank - Checking acct xxxxxx6175 | 160.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-52500 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: | ROBERT C LOWRY | | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| | LYNNELL C LOWRY | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 09/11/2018 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. folding tables, folding chairs, propane tanks, Fort Knox - S Tool Chest w/tools, screws, nails, wire, bolts, nuts, etc., Christmas decor. Microwave, Washer, Dryer, Refrigerator, Piano, wire Rack, wooden book shelf, library table, Kitchen utensels, End Table wood, Wire Racks, China Cabinet, Redwood coffee, Table, wire Racks, Sturdy Racks, stemware, (wedding pattern) 50 pc china settings (wedding pattern), wood end table, camping stuff, Kitchen pans/plates.etc., Saxaphone, Christmas decor. violin (baby size), flute (kid size), chairs, wood file cabinets, wood book shelves w/ reference books, wire racks, Heavy Racks, Chairs, Banjo, Luggage, file cabinet, Redwood table, Recliner (leather), leather chair, Axis deer chairs, church pew, leather bench, secretary for desk, mission desk, mission chest, kid's dresser, mission cedenza, kitchen pots/pans, sewing supplies, Baby Crib, Penny Table top and stand, couch, china (finlandia 20-piece set), kitchen equipment, rocking chair, wire racks, sturdy racks, bedding linen, Freezer, apple computer, laptop computer, dishes/kitchen | 11,075.00 | 0.00 | | 0.00 | FA |
| 8. Nancy Glazier - print Morning Frost Nancy Glazier - print Amazing Greys Nancy Glazier - print Shadow Time Nancy Glazier - print The Outlook Violin (L's dad's) Violin (L's - grandmother's) DVD's / puzzles / board games text books cook books | 2,100.00 | 0.00 | | 0.00 | FA |
| 9. Men's Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Women's clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Other Clothing | 40.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-52500 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ROBERT C LOWRY | | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| | LYNNELL C LOWRY | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 09/11/2018 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 12. Lynnell's Wedding ring - $7000<br><br>Greek gold earings, bracelet,<br>necklace - $2200<br>Arrow necklace, bracelet,<br>earings, ring - $2000<br>Long gold chain<br>Matching earings - $1760<br>China Bracelet - $500<br>gold emerald earings and necklace - $200<br>gold emerald ring - $100 | 13,760.00 | 0.00 | | 0.00 | FA |
| 13. Rob's Wedding ring - $400 | 400.00 | 0.00 | | 0.00 | FA |
| 14. Remington 700 rifle left handed<br><br>Shotgun - SBK 505 12 ga (over-under) | 1,100.00 | 0.00 | | 0.00 | FA |
| 15. Pistol - Glock 32 .357sig $400<br><br>Shotgun - Mossberg 835 12 ga $250<br>Shotgun - Braztech .410 (youth size) $100<br>Shotgun - Stoeger (youth size) 20ga $100<br>Marlin 22 rifle $75 | 925.00 | 500.00 | | 0.00 | FA |
| 16. Ammo, Road Bike (Trek Madone 5.0), sleeping bags<br><br>sports stuff (javalin, discuss, gloves), sporting clothes, gun<br>cleaning stuff, spotting scope, cross bow, skis. golf club sets,<br>camping chairs | 2,200.00 | 0.00 | | 0.00 | FA |
| 17. 100% Common Stock in: JCMLR, PA<br><br>Southside Neurology, PA<br>Pro-Active Sports & Rehabilitation, PA<br>Doc-in-the-Box, PA<br>Robert C. Lowry MD, PA | Unknown | 0.00 | | 0.00 | FA |
| 18. 100% Common Stock Interest in: Alamo Eye Institute, PA | Unknown | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-52500 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT C LOWRY | | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| | LYNNELL C LOWRY | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 09/11/2018 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 19. Disney stock: 216 shares Judith A Lowry Custodian<br><br>Robert C. Lowry Unif Gift Minor Act California. | Unknown | 0.00 | | 0.00 | FA |
| 20. Ford F-350 (2015)<br><br>Lien with Ford Credit for $49,100.14<br>Lien to be retained and reaffirmed | 49,000.00 | 0.00 | | 0.00 | FA |
| 21. GMC Yukon XL (2012)<br><br>Lien with SSFCU for $25,789.10<br>Lien to be retained and reaffirmed | 27,000.00 | 0.00 | | 0.00 | FA |
| 22. Chevy 1500HD (2002) | 4,000.00 | 0.00 | | 0.00 | FA |
| 23. Chickens 19, Cattle (one heifer/ one steer) 2 dog - coco<br><br>1 dog - chet 1 | 2,190.00 | 0.00 | | 0.00 | FA |
| 24. Tractor Kubota m7040 (2011)<br><br>Lien with Kubota Credit for $11,212.00<br>Lien to be retained and reaffirmed | 26,000.00 | 0.00 | | 0.00 | FA |
| 25. propane tank empty , Dump Trailer lic# FBL D27<br><br>Rhino 160 Shredder (1/2 ownership-w/Kevin H), Ewald Tractor forks, Hay Bale-fork, utility (pick-up truck bed), trailer #DXN P50, 20 ft utlity trailer #DVM F37, livestock/horse trailer #DZZ R65, deer feeders, ATV - Polaris 330 (2002)?, generator (gas), husqvarna chain saw, Echo chain saw, floor jack, garden wagons, milwaukee skill saw, milwaukee pipe saw, Bosch Hammer Drill, milwaukee sawsall, Air Compressor, tow straps, chains, etc., Misc. | 9,890.00 | 0.00 | | 0.00 | FA |
| 26. ranch supplies: pipe, feed. fence panels, t-posts, etc.<br><br>cattle feed, chicken feed, hay - for the cattle, utility trailer ramps, poison / fertilizer, trolley/wagons | 2,870.00 | 0.00 | | 0.00 | FA |
| 27. Security Service Federal Credit Union (u)<br><br>Schedules amended 12/31/15 to add property | 5.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-52500 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ROBERT C LOWRY | | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| | LYNNELL C LOWRY | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 09/11/2018 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. 200 shares of Capital Farm Credit. Capital Farm Credit is a (u) customer-owned cooperative, providing financing to rural landowners, country homeowners, agricultural operators and agribusiness firms throughout Texas. As borrowers, Debtor's are members and owners. Debtor's shares are transferable only to Capital Farm Credit. Schedules amended 12/31/15 to add property | Unknown | 1,000.00 | | 0.00 | FA |
| 29. As utility customers of GVTC and Bandera Electric Coop. the (u) Debtors are members of the coop's. The debtor is unaware whether members hold any equity interests in either entity by virtue of their membership. Schedules amended 12/31/15 to add property | 0.00 | 500.00 | | 110.24 | FA |
| 30. Possible 2015 Tax Refund (u) | 0.00 | 10,000.00 | | 2,375.00 | FA |
| 31. Rent Payments from 26143 Woodchuck, San Antonio, TX 78255 (u) | 0.00 | 0.00 | | 4,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $1,006,951.00      $12,200.00      $8,151.04      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

08/20/18jr WILL COLLECT CHECK TOMORROW; APPRAISAL WAS FACE VALUE ONLY

07/19/18jr REQUESTED UPDATE ON VALUATION AND EXPECTING SAME

06/07/18jr AWAITING FINAL APPRAISAL REPORT FOR SALE COMPLETION

05/02/18jr COIN APPRAISER ADVISED VALUE IS FACE VALUE ONLY AND WILL PROVIDE A RECORD; AFTER WHICH WE WILL CASH OUT AT BANK

04/06/18jr APPRAISAL PENDING AFTER RUDY PENA CAN PROVIDE VALUE ESTIMATE

03/12/18jr JR TO SET UP MEETING WITH COIN COLLECTOR ON POSSIBLE OFFER OF PURCHASE

02/05/18jr OUTSTANDING COIN ISSUE REMAINS - FOUND APPRAISER TO REVIEW VALUES

12/20/17jr PREPARING TFR

11/28/17jr NO INTEREST IN COIN COLLECTION FROM DEBTORS WILL LIQUIDATE FOR FACE VALUES

10/10/17jr DEBTORS HAVE NOT RESPONDED TO OFFER TO SELL IF THEY PICK UP MOTION TO SELL FILING FEE; WILL SELL AND MOVE TO CLOSE OUT CASE

07/12/17jr LETTER OUT TO DEBTORS RE WHETHER THEY ARE INTERESTED IN PURCHASING THE COIN COLLECTION FROM THE ESTATE


Initial Projected Date of Final Report (TFR): 12/12/2016        Current Projected Date of Final Report (TFR): 04/29/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-52500 | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: | ROBERT C LOWRY | Bank Name: | BOK Financial |
| | LYNNELL C LOWRY | Account Number/CD#: | XXXXXX1060 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX1916 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 09/11/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/15 | 31 | LYNELL LOWRY<br>TEXAS COMMUNITY BANKPO BOX 450269LAREDO, TX 78045 | RENT PAYMENT | 1222-000 | $2,250.00 | | $2,250.00 |
| 01/25/16 | 29 | BANDERA ELECTRIC COOPERATIVE, INC.<br>PO BOX 667BANDERA, TX 78003 | UNSCHEDULED ASSET | 1229-000 | $33.01 | | $2,283.01 |
| 01/25/16 | 29 | BANDERA ELECTRIC COOPERATIVE, INC.<br>PO BOX 667BANDERA, TX 78003 | UNSCHEDULED ASSET | 1229-000 | $77.23 | | $2,360.24 |
| 01/25/16 | 31 | PLATINUM GROUP<br>3725 Hull StreetSchertz, TX 78154-2236 | RENT PAYMENT | 1222-000 | $2,250.00 | | $4,610.24 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,600.24 |
| 02/24/16 | 101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM PAYMENT FOR CHAPTER 7 WESTERN DISTRICT OF TEXAS BLANKET BOND. EFFECTIVE DATE 03/01/16 TO 03/01/17 FOR POLICY NUMBER 016017995. TRUSTEE JOSE C. RODRIGUEZ. | 2300-000 | | $2.17 | $4,598.07 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,588.07 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,578.07 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,568.07 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,558.07 |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,548.07 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,538.07 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,528.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Page Subtotals:      $4,610.24      $82.17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-52500 | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: ROBERT C LOWRY | Bank Name: | BOK Financial |
| LYNNELL C LOWRY | Account Number/CD#: | XXXXXX1060 |
| | | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1916 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: 09/11/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,518.07 |
| 10/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,508.07 |
| 11/01/16 | 30 | UNITED STATES TREASURY KANSAS CITY, MO | REFUND | 1224-000 | $2,375.00 | | $6,883.07 |
| 11/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,873.07 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.18 | $6,862.89 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.20 | $6,852.69 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,842.69 |
| 03/03/17 | 102 | INTERNATIONAL SURETIES LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $1.26 | $6,841.43 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.16 | $6,831.27 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,821.27 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.13 | $6,811.14 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,801.14 |
| 10/03/17 | 103 | INTERNATIONAL SURETIES LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BOND PAYMENTS | 2300-000 | | $2.11 | $6,799.03 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | Page Subtotals: | $2,375.00 | $104.04 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-52500 | Trustee Name: | JOSE C. RODRIGUEZ |
| Case Name: | ROBERT C LOWRY | Bank Name: | BOK Financial |
|  | LYNNELL C LOWRY | Account Number/CD#: | XXXXXX1060 |
|  |  |  | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX1916 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 09/11/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/18 | 3 | TEXSTAR NATIONAL BANK 600 PAT BOOKER ROAD UNIVERSAL CITY, TX 78148 | CASH TO CERTIFIED CHECK LIQUIDATION OF COIN COLLECTION AFTER APPRAISAL | 1129-000 | $1,165.80 | | $7,964.83 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,151.04 | $186.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,151.04 | $186.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,151.04 | $186.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Page Subtotals:    $1,165.80    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1060 - CHECKING ACCOUNT | $8,151.04 | $186.21 | $7,964.83 |
| | $8,151.04 | $186.21 | $7,964.83 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,151.04 |
| Total Gross Receipts: | $8,151.04 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:15-52500-CAG  
Debtor Name: ROBERT C LOWRY  
Claims Bar Date: 3/14/2016  

Date: September 11, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>50<br>4110 | COMPASS BANK<br>P.O. Box 201347<br>Arlington, TX 76006 | Secured | (9-1) Account Number (last 4 digits):1043<br><br>Asset the subject of this claim was not administered and was abandoned by Court Order entered 02/09/16, Dkt. #50. | $0.00 | $360,763.46 | $0.00 |
| 2<br>50<br>4120 | HCP STONE OAK MOB LP<br>c/o John C. Dunne<br>SMFAD Law<br>1001 McKinney Street, Suite 1100<br>Houston, Texas 77002 | Secured | Claim is for Abstract of Judgment recorded in Bexar County against Debtor's Real Property which was not administered, this claim will not receive a distribution | $0.00 | $127,251.03 | $0.00 |
| 6A<br>50<br>4120 | DELTA LOCUM TENENS, LLC<br>c/o Jacob B. Kring<br>Hedrick Kring, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201 | Secured | Claim is for Abstract of Judgment recorded in Bexar County, Kendall County and Comal County against Debtor's Real Property which was not administered, this claim will not receive a distribution | $0.00 | $200,272.09 | $0.00 |
| 1<br>50<br>4700 | BEXAR COUNTY<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Secured | Asset the subject of this claim was not administered, claim will not receive a distribution | $0.00 | $3,082.21 | $0.00 |
| 3<br>70<br>7100 | NAVIENT SOLUTIONS INC<br>220 Lasley Ave.<br>Wilkes-Barre Pa., 18706 | Unsecured | | $0.00 | $4,197.12 | $4,197.12 |
| 4<br>70<br>7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $11,596.16 | $11,596.16 |
| 5<br>70<br>7100 | ARTCOM ASSOCIATES, INC.<br>7810 Fortune Dr.<br>San Antonio, TX 78250-5104 | Unsecured | | $0.00 | $15,548.95 | $15,548.95 |
| 7<br>70<br>7100 | M. D. PETER A. TARBOX<br>C/O Donald M. Kaiser Jr.<br>Kaiser Sacco, PLLC<br>1431 Greenway Dr., Suite 615<br>Irving, TX 75038 | Unsecured | | $0.00 | $3,117,297.81 | $3,117,297.81 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:15-52500-CAG  
Debtor Name: ROBERT C LOWRY  
Claims Bar Date: 3/14/2016  

Date: September 11, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>70<br>7100 | COMMERCIAL STORAGE<br>1301 East Commerce St<br>San Antonio, TX 78205 | Unsecured | | $0.00 | $43,295.80 | $43,295.80 |
| 100<br>2100 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | Administrative | | $0.00 | $1,565.10 | $1,565.10 |
| 100<br>2200 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | Administrative | | $0.00 | $717.33 | $717.33 |
| 6B<br>300<br>7100 | DELTA LOCUM TENENS, LLC<br>c/o Jacob B. Kring<br>Hedrick Kring, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201 | Unsecured | | $0.00 | $200,272.09 | $8,730.96 |
| BOND<br>999<br>2300 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | Extended Check Description Notes from conversion:<br>PAYMENT FOR CHAPTER 7 WESTERN DISTRICT OF TEXAS BLANKET BOND. EFFECTIVE DATE 03/01/16 TO 03/01/17 FOR POLICY NUMBER 016017995. TRUSTEE JOSE C. RODRIGUEZ. | $0.00 | $2.17 | $2.17 |
| | Case Totals | | | $0.00 | $4,085,861.32 | $3,202,951.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  
Printed: September 11, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-52500
Case Name: ROBERT C LOWRY
                 LYNNELL C LOWRY
Trustee Name: JOSE C. RODRIGUEZ

Balance on hand      $      7,964.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | BEXAR COUNTY | $ 3,082.21 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | HCP STONE OAK MOB LP | $ 127,251.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6A | DELTA LOCUM TENENS, LLC | $ 200,272.09 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | COMPASS BANK | $ 360,763.46 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors    $    0.00
Remaining Balance    $    7,964.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSE C. RODRIGUEZ | $ 1,565.10 | $ 0.00 | $ 1,565.10 |
| Trustee Expenses: JOSE C. RODRIGUEZ | $ 717.33 | $ 0.00 | $ 717.33 |
| Other: INTERNATIONAL SURETIES LTD. | $ 2.17 | $ 2.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    2,282.43
Remaining Balance    $    5,682.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,200,666.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | NAVIENT SOLUTIONS INC | $ 4,197.12 | $ 0.00 | $ 7.47 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 11,596.16 | $ 0.00 | $ 20.64 |
| 5 | ARTCOM ASSOCIATES, INC. | $ 15,548.95 | $ 0.00 | $ 27.68 |
| 7 | M. D. PETER A. TARBOX | $ 3,117,297.81 | $ 0.00 | $ 5,549.53 |
| 8 | COMMERCIAL STORAGE | $ 43,295.80 | $ 0.00 | $ 77.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6B | DELTA LOCUM TENENS, LLC | $ 8,730.96 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,682.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE